# Court of Appeals
# of the State of Georgia

ATLANTA, July 03, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0059.  KRISTIN WEISS v. BRENTON WEISS.**

Appellant's Emergency Motion for Extension of Time to File Discretionary Application is herein DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, 07/03/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*